UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV25-12117-MWC-AGR | Date | May 5, 2026 |
|---|---|---|---|
| Title | West Coast Wound and Skin Care, Inc. v. Humana Inc., et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO HUMANA INC. AND HUMANA HEALTH PLAN OF CALIFORNIA, INC.**

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **May 13, 2026**, why this action should not be dismissed for lack of prosecution regarding overdue responses **as to Humana Inc. and Humana Health Plan of California, Inc.** Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff shall file an application requesting the entry of default. Plaintiff is advised that the Court will consider the filing of an amended application, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to respond will result in the dismissal of this matter.

|  | : |
|---|---|
| **Initials of Preparer** | TJ |

CIVIL MINUTES –
ORDER TO SHOW CAUSE RE
DISMISSAL